UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. DEBOSE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KEVIN CHAPPELL, Warden of San Quentin Prison,<br><br>　　　　Respondent.<br>_____/ | No. C-13-80159 MISC EMC<br><br>**DEATH PENALTY CASE**<br><br>**ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA** |

　　　　Petitioner was convicted and sentenced to death in Los Angeles Superior Court. *See People v. DeBose*, No. S080837[1] (Cal. filed July 21, 1999). This capital habeas action therefore should be heard in the Central District of California. N.D. Cal. Habeas L.R. 2254-22(a); C.D. Cal. L.R. 83-17.5(a). Accordingly, this action is hereby transferred to the District Court for the Central District of California. "The Clerk immediately shall advise the Clerk of Court" of the Central District. N.D. Cal. Habeas L.R. 2254-22(c).

　　　　IT IS SO ORDERED.

Dated: July 23, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Presumably due to a typographical error, this case number is incorrectly reported as No. S080857 in the Summary of Post-Conviction Capital Litigation in the California Supreme Court prepared by the California Attorney General pursuant to Habeas Local Rule 2254-21.